REGINA J. MCCLENDON (State Bar No. 184669)
HAROLD R. JONES (State Bar No. 209266)
hrj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Litton Loan Servicing LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GUZMAN, an Individual, MACRINA GUZMAN, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LITTON LOAN SERVICING, L.P., a Limited Partnership, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  10-CV-01008-LJO-SMS<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS JAVIER AND MACRINA GUZMAN'S CLAIMS AGAINST LITTON LOAN SERVICING LP** |

It is hereby stipulated by and between defendant Litton Loan Servicing LP ("Litton") and plaintiffs Javier and Macrina Guzman ("Plaintiffs") that Plaintiffs' claims against Litton in this matter shall be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.

DATED: July  29 , 2010         SEVERSON & WERSON
                               A Professional Corporation

                               By: /s/ Harold R. Jones as authorized
                                   on July 29, 2010
                                          Harold R. Jones

                               Attorneys for Defendant
                               Litton Loan Servicing LP

15303/0105/831148.1                STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS
                                   AGAINST LITTON LOAN SERVICING LP

1  DATED: July _27_, 2010

2
3                                              /s/ Gilbert Zavala  as authorized
                                               on July 27, 2010
                                                    Gilbert Zavala
4                                         Attorneys for Plaintiffs Javier Guzman and
                                          Macrina Guzman
5

6

7
        Given the dismissal, this Court VACATES the August 17, 2010 hearing on defendant's motion to
8
   dismiss and DIRECTS the clerk to close the action.
9
               IT IS SO ORDERED.
10

11
   DATED:  _July 30, 2010_____
12

13
                                                /s/ Lawrence J. O'Neill
14                                              Honorable Lawrence J. O'Neill
                                                United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           - 2 -
15303/0105/831148.1                STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS
                                   AGAINST LITTON LOAN SERVICING LP